March 13, 2015

<u>VIA OVERNIGHT DELIVERY</u>

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *In Re American Capital Realties Litigation*, 15-mc-00040 (AKH)

Dear Judge Hellerstein:

Counsel for Lead Plaintiff Teachers Insurance and Annuity Association of America and Defendant American Realty Capital Properties, Inc. write jointly to request that the Court direct the Clerk to amend the caption of the above-referenced action.

By Order dated February 13, 2015, Your Honor ordered the Clerk to consolidate various cases under the title "In re American Capital Realities Litigation." The first named defendant in the action is American Realty Capital Properties, Inc. Accordingly, we respectfully request that the Court direct the Clerk to amend the caption to state "In re American Realty Capital Properties, Inc. Litigation."

We are available to answer any questions the Court may have concerning this matter.

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP

By: _____ *AA By Permission*
Darren J. Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
darrenr@rgrdlaw.com

MILBANK TWEED HADLEY & McCLOY LLP

By: _____ *AA By Permission*
Antonia M. Apps
28 Liberty Street
New York, New York 10005
(212) 530-5357
Aapps@milbank.com

Honorable Alvin K. Hellerstein
March 13, 2015
Page 2


cc:     Scott A. Edelman, Esq.
        Samuel H. Rudman, Esq.
        All counsel (via ECF)