# EXHIBIT 23

# Christopher Stewart

| | |
|---|---|
| **From:** | Lawrence Carnevale <lawrence.carnevale@teneoholdings.com> |
| **Sent:** | Thursday, June 08, 2017 10:55 AM |
| **To:** | Christopher Stewart |
| **Subject:** | ARCP/ Subpoena to Teneo |
| **Categories:** | ARCP |

Chris: Confirming, responsive documents have been provided to Milbank for privilege review.
Regards
Larry

## Teneo Holdings

**Lawrence Carnevale**
General Counsel
280 Park Avenue, 4th Floor
New York, NY 10017
O: +1 (212) 886-9304
M: +1 (917) 477-9082

lawrence.carnevale@teneoholdings.com

---

This communication is confidential and may contain privileged information, or may otherwise be protected from disclosure. Any unauthorized disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is strictly prohibited. If you are not the intended recipient, please notify the sender that you have received this communication in error and delete and destroy all copies in your possession. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system or as a waiver of confidentiality or privilege.

This communication is for informational purposes only. Nothing herein should be construed as an attempt to effect any transaction in, or induce or attempt to induce the sale of, any security. Investment banking services are provided by Teneo Capital LLC, including securities transactions by its subsidiary Teneo Securities LLC, a member of FINRA and SIPC.

E-mail messages are not guaranteed to be secure. No responsibility or liability is accepted by Teneo for any loss or damage arising in any way from the use of this communication. No representation is being made that the information presented is accurate, current or complete, and such information is at all times subject to change without notice. Opinions expressed may differ or be contrary to the opinions and recommendations of a Teneo business unit.

Teneo does not provide tax, accounting or legal advice. This e-mail and any attachments are not intended or written to be used, and cannot be used or relied upon, by any taxpayer for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Each person should seek advice based on its particular circumstances from independent legal, accounting and tax advisors regarding the matters discussed in this communication