UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
:
IN RE AMERICAN REALTY CAPITAL        :   **ORDER RESOLVING**
PROPERTIES, INC. LITIGATION          :   **MOTIONS TO SEAL**
:
:   15-mc-40 (AKH)
:
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendant ARCP's motion to seal Exhibits B and D to ARCP's motion for protective order (ECF 398) is granted, and all other motions to seal (ECF 375, 382, 414, 419, 427, 429, 434, 437, 451, 456, and 457) are denied for the reason stated in my order denying plaintiffs request to seal certain aspects of their opposition papers to Grant Thornton's motion for summary judgment (ECF 470). The parties shall file unredacted copies of all redacted filings except as to Exhibits B and D in ARCP's motion for protective order. The Clerk shall terminate the aforementioned motions.

SO ORDERED.

Dated:  New York, New York
        August 23, 2017

ALVIN K. HELLERSTEIN
United States District Judge