UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No.:   1:15-mc-00040-AKH |

## MOTION FOR WITHDRAWAL OF ATTORNEY

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, I, Elizabeth C. Mueller, hereby move this Court for an Order of withdrawal of Robert Khuzami as counsel of record for defendant David S. Kay.  As of January 20, 2018, Mr. Khuzami will no longer be employed by the law firm of Kirkland & Ellis LLP. Defendant David S. Kay will be continue to be represented by myself and other members of the firm.

Dated: January 18, 2018

/s/ Elizabeth C. Mueller
Elizabeth C. Mueller
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005
Telephone:   (202) 879-5953
Facsimile:   (202) 879-5200
beth.mueller@kirkland.com

*Attorney for Defendant David S. Kay*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2018, I authorized the foregoing Notice of Withdrawal of Counsel to be electronically filed via CM/ECF, which will transmit a notice of electronic filing to all counsel of record.

/s/ Elizabeth C. Mueller
Elizabeth C. Mueller
Kirkland & Ellis LLP
655 Fifteenth Street NW
Suite 1200
Washington, DC 20005
(p) (202) 879-5958
(f) (202) 879-5200
beth.mueller@kirkland.com

2