UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION | : | Civil Action No. 1:15-mc-00040-AKH |
| | : | CLASS ACTION |
| This Document Relates To: | : | |
| ALL ACTIONS. | : | |

NOTICE OF CLASS PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS BRIAN S. BLOCK AND LISA P. MCALISTER

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Statement of Undisputed Facts, and Declaration of Debra J. Wyman with supporting exhibits, Class Plaintiffs will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 56, granting partial summary judgment in favor of Class Plaintiffs: (1) against Brian S. Block ("Block"), on Count IX of the Third Amended Class Action Complaint for Violations of the Federal Securities Laws (Dkt. No. 312, the "TAC"), on the elements of falsity, in connection with the purchase or sale of a security, materiality, and scienter, with respect to the alleged false statements in American Realty Capital Property, Inc.'s ("ARCP") 2Q14 Form 8-K, 2Q14 Form 10-Q, and Block's certification pursuant to the Sarbanes Oxley Act of 2002 filed therewith; (2) against Lisa P. McAlister, on Count IX of the TAC, on the elements of falsity, in connection with the purchase or sale of a security, materiality, and scienter, with respect to the alleged false statements in ARCP's 2Q14 Form 8-K and 2Q14 Form 10-Q; and (3) such other and further relief as the Court deems just and proper.

DATED: February 8, 2019

ROBBINS GELLER RUDMAN
& DOWD LLP
DARREN J. ROBBINS
DANIEL S. DROSMAN
JONAH H. GOLDSTEIN
DEBRA J. WYMAN
JESSICA T. SHINNEFIELD

s/ DEBRA J. WYMAN

DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dand@rgrdlaw.com
jonahg@rgrdlaw.com
debraw@rgrdlaw.com
jshinnefield@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com

Lead Counsel for Lead Plaintiff and the Class

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 8, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DEBRA J. WYMAN
DEBRA J. WYMAN

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: debraw@rgrdlaw.com

# Mailing Information for a Case 1:15-mc-00040-AKH In re American Realty Capital Properties, Inc. Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Simon Abraham**
  jabraham@aftlaw.com
- **Robin L. Alperstein**
  ralperstein@beckerglynn.com,mghose@beckerglynn.com,hhill@beckerglynn.com
- **Antonia Marie Apps**
  aapps@milbank.com,tlevendosky@milbank.com,ggreen@milbank.com,AutoDocketECF@milbank.com,USANYS.ECF@USDOJ.GOV
- **Adam M. Apton**
  aapton@zlk.com
- **Karim Basaria**
  kbasaria@sidley.com
- **Gary Frederick Bendinger**
  gbendinger@sidley.com,nyefiling@sidley.com,gary-bendinger-4030@ecf.pacerpro.com
- **Stanley D Bernstein**
  bernstein@bernlieb.com,birkeland@bernlieb.com,ecf@bernlieb.com
- **Rebecca A. Beynon**
  rbeynon@kellogghansen.com
- **Brian Roger Blais**
  brian.blais@usdoj.gov,usanys.ecf@usdoj.gov,CaseView.ECF@usdoj.gov
- **Jeffrey Craig Block**
  jeff@blockesq.com,jason@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com
- **Adam Jerrod Bookman**
  adam.bookman@weil.com
- **Bruce Roger Braun**
  bbraun@sidley.com,nyefiling@sidley.com,efilingnotice@sidley.com,catherine.stewart@sidley.com,kbasaria@sidley.com,jplatt@sidley.com,ntygesso@sidley.com,ncoı
  braun-9612@ecf.pacerpro.com
- **Kristina Anne Bunting**
  kbunting@paulweiss.com,mao_fednational@paulweiss.com
- **Jennifer Nunez Caringal**
  jcaringal@rgrdlaw.com,5233378420@filings.docketbird.com,lmix@rgrdlaw.com
- **Alexandra Rebecca Clark**
  aclark@pkbllp.com
- **Neil Harris Conrad**
  nconrad@sidley.com,efilingnotice@sidley.com,neil-conrad-4222@ecf.pacerpro.com
- **Jason Robert D'Agnenica**
  jasondag@ssbny.com
- **Glen DeValerio**
  gdevalerio@bermandevalerio.com,bdentremont@bermandevalerio.com,ecf@bermandevalerio.com,bmccarthy@bermandevalerio.com
- **Jillian Rebecca Dent**
  jdent@sidley.com,jillian-dent-4387@ecf.pacerpro.com,efilingnotice@sidley.com
- **Bruce Whitney Dona**
  bruce.dona@ksfcounsel.com
- **Michael Joseph Dowd**
  miked@rgrdlaw.com,debg@rgrdlaw.com,e_file_sd@rgrdlaw.com,tome@rgrdlaw.com
- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,E_File_SD@rgrdlaw.com,tholindrake@rgrdlaw.com,5593753420@filings.docketbird.com
- **H. Miriam Farber**
  mfarber@shearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,miriam-farber-7421@ecf.pacerpro.com,manattyoffice@shearman.com
- **Meagan Alicia Farmer**
  mfarmer@gardylaw.com
- **Reid Mason Figel**
  rfigel@kellogghansen.com,esavoie@kellogghansen.com,jbelfatto@kellogghansen.com,gfording@kellogghansen.com

- **Christopher Lee Filburn**
  cfilburn@paulweiss.com,mao_fednational@paulweiss.com
- **Robert Craig Finkel**
  rfinkel@wolfpopper.com,cdunleavy@wolfpopper.com,mgianfagna@wolfpopper.com
- **Jason A. Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_SD@rgrdlaw.com
- **Adam Fotiades**
  afotiades@zuckerman.com
- **Molly Bruder Fox**
  mbfox@steptoe.com
- **Christopher Louis Garcia**
  christopher.garcia@weil.com,evert.christensen@weil.com,MCO.ECF@weil.com,nymao@ecf.pacerpro.com
- **James Philip Gillespie**
  jgillespie@kirkland.com,kevin.mccarthy@kirkland.com,kenymanagingclerk@kirkland.com
- **Daniel Zachary Goldman**
  dgoldman@pkbllp.com
- **Andrew Edward Goldsmith**
  agoldsmith@kellogghansen.com,jlai@kellogghansen.com,ecfnotices@kellogghansen.com
- **Jonah H. Goldstein**
  jonahg@rgrdlaw.com
- **Douglas W. Greene**
  dgreene@bakerlaw.com,davisc@lanepowell.com,ssmith@bakerlaw.com,Matsushitat@lanepowell.com,lanep@lanepowell.com,schaera@lanepowell.com,mitchelll@lan
- **Theresa Hsin-Yi Gue**
  tgue@pkbllp.com
- **Adam Selim Hakki**
  ahakki@shearman.com,managing-attorney-5081@ecf.pacerpro.com,Courtalert@shearman.com,manattyoffice@shearman.com,adam-hakki-1816@ecf.pacerpro.com
- **John Louis Hardiman**
  hardimanj@sullcrom.com,john-hardiman-9552@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com
- **David Charles Harrison**
  dharrison@lowey.com
- **Barbara J. Hart**
  bhart@lowey.com
- **Steven P. Harte**
  steven@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com
- **Cody Herche**
  cherche@kellogghansen.com,apursley@kellogghansen.com
- **William Scott Holleman**
  ScottH@johnsonfistel.com,paralegal@johnsonfistel.com
- **Geoffrey Coyle Jarvis**
  gjarvis@ktmc.com,9343632420@filings.docketbird.com,mswift@ktmc.com
- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com
- **Rebecca M Katz**
  rkatz@katzlawnewyork.com,disaacson@motleyrice.com,dabel@motleyrice.com,lkorenblit@motleyrice.com,kweil@motleyrice.com
- **Christopher J. Keller**
  ckeller@labaton.com,5497918420@filings.docketbird.com,kgutierrez@labaton.com,drogers@labaton.com,ElectronicCaseFiling@labaton.com
- **Michael Anthony Keough**
  mkeough@steptoe.com,bhamerschlag@Steptoe.com,ehartman@steptoe.com
- **Phillip C. Kim**
  pkim@rosenlegal.com
- **Lawrence Paul Kolker**
  kolker@whafh.com
- **Alexia Dorothea Korberg**
  akorberg@paulweiss.com,mao_fednational@paulweiss.com
- **Daniel Jonathan Kramer**
  dkramer@paulweiss.com,mao_fednational@paulweiss.com
- **Larry Howard Krantz**
  lkrantz@krantzberman.com

- **Eric Albin Larson**
  elarson@mmmlaw.com,eeckard@mmmlaw.com
- **Angel P. Lau**
  alau@rgrdlaw.com,8467512420@filings.docketbird.com,tdevries@rgrdlaw.com
- **Justin David Lerer**
  jlerer@paulweiss.com,mao_fednational@paulweiss.com
- **Michelle Lynn Levin**
  mlevin@steptoe.com,bhamerschlag@Steptoe.com,ehartman@steptoe.com,cjenkins@steptoe.com
- **Daniel Craig Lewis**
  daniel.lewis@shearman.com,managing-attorney-5081@ecf.pacerpro.com,daniel-lewis-6070@ecf.pacerpro.com,CourtAlert@Shearman.com,manattyoffice@shearman.com
- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,jsnematzadeh@pomlaw.com
- **Neil Robert Lieberman**
  nlieberman@hsgllp.com,crodriguez@hsgllp.com,Managingclerk@hsgllp.com
- **Howard Theodore Longman**
  tsvi@aol.com,hlongman@ssbny.com
- **Dermot Lynch**
  dlynch@zuckerman.com
- **John Phillip MacNaughton**
  jpm@mmmlaw.com,wew@mmmlaw.com,elarson@mmmlaw.com
- **Michael David Margulies**
  mmargulies@carltonfields.com
- **Jerry Lee Marks**
  jmarks@milbank.com
- **Rita Kathleen Maxwell**
  rita.maxwell@bracewelllaw.com,mco@bracewelllaw.com
- **Francis Paul McConville**
  fmcconville@labaton.com,kgutierrez@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com
- **Glen Garrett McGorty**
  gmcgorty@crowell.com
- **Donald Alan Migliori**
  dmigliori@motleyrice.com,kdotson@motleyrice.com
- **Michael Campion Miller**
  mmiller@steptoe.com,ehartman@steptoe.com,bhamerschlag@steptoe.com,cjenkins@steptoe.com
- **Mark Tamerlane Millkey**
  mmillkey@rgrdlaw.com,e_file_ny@rgrdlaw.com,1781895420@filings.docketbird.com
- **Christopher F. Moriarty**
  cmoriarty@motleyrice.com,sturman@sturman.ch
- **Daniel P. Moylan**
  dmoylan@zuckerman.com,jlinton@zuckerman.com,cvandergriff@zuckerman.com
- **Beth Mueller**
  beth.mueller@kirkland.com,kenymanagingclerk@kirkland.com
- **William H. Narwold**
  bnarwold@motleyrice.com,glevin@motleyrice.com,lmclaughlin@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com
- **Shawn Patrick Naunton**
  snaunton@zuckerman.com
- **Gregory Mark Nespole**
  gmn@whafh.com
- **Ivy T. Ngo**
  ingo@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Jonathan Ohring**
  johring@milbank.com,DMarcou@milbank.com,mprostko@milbank.com,TQuinn@milbank.com,JKammerman@milbank.com,dhooks1@milbank.com,AutoDocketECI
- **Bradley E Oppenheimer**
  boppenheimer@kellogghansen.com,ecf-780f0d54d6a1@ecf.pacerpro.com,gfording@kellogghansen.com
- **Guy Petrillo**
  gpetrillo@pkbllp.com

- **Ashley M. Price**
  APrice@rgrdlaw.com,e_file_sd@rgrdlaw.com,9561670420@filings.docketbird.com,lmix@rgrdlaw.com
- **Arlen Pyenson**
  apyenson@crowell.com
- **Fei-Lu Qian**
  fqian@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com
- **Leah Margaret Quadrino**
  lquadrino@steptoe.com,pparker@steptoe.com
- **Daniel Brett Rehns**
  drehns@hrsclaw.com,efilings@hrsclaw.com
- **Kenneth Mark Rehns**
  krehns@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com
- **Julie Goldsmith Reiser**
  jreiser@cohenmilstein.com
- **Lorin L. Reisner**
  LReisner@paulweiss.com,mao_fednational@paulweiss.com
- **Joseph F. Rice**
  jrice@motleyrice.com
- **Ann Kimmel Ritter**
  aritter@motleyrice.com,glevin@motleyrice.com,kweil@motleyrice.com
- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com,jcaringal@rgrdlaw.com
- **Lara Elizabeth Romansic**
  lromansic@steptoe.com
- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com
- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com
- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,9858910420@filings.docketbird.com,e_file_sd@rgrdlaw.com
- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Peter George Safirstein**
  psafirstein@safirsteinmetcalf.com,sfeerick@safirsteinmetcalf.com
- **Michael Gerard Scavelli**
  mscavelli@steptoe.com,bhamerschlag@Steptoe.com,cjenkins@steptoe.com
- **Jed Mastren Schwartz**
  jschwartz@milbank.com,lknoke@milbank.com,ggreen@milbank.com,AutoDocketECF@milbank.com,calipio@milbank.com
- **Kevin S. Sciarani**
  ksciarani@rgrdlaw.com,3827167420@filings.docketbird.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Joseph R. Seidman**
  seidman@bernlieb.com
- **Jonathan Lucas Shapiro**
  jshapiro@kasowitz.com,courtnotices@kasowitz.com,autodocket@kasowitz.com
- **Jessica T. Shinnefield**
  jshinnefield@rgrdlaw.com,4243953420@filings.docketbird.com
- **Thomas Michael Skelton**
  tskelton@lowey.com
- **Richard William Slack**
  richard.slack@weil.com,mco.ecf@weil.com,Christopher.Gismondi@weil.com,Patrick.Branson@weil.com,Amy.Suehnholz@weil.com,nymao@ecf.pacerpro.com,evert.karp@weil.com,Kaela.Dahan@weil.com
- **Patrick C Smith**
  psmith@dehay.com
- **Audra Jan Soloway**
  asoloway@paulweiss.com,mao_fednational@paulweiss.com
- **Luigi Spadafora**
  spadafora.l@wssllp.com

- **Kendra L Stead**
  kstead@sidley.com,efilingnotice@sidley.com,jdent@sidley.com,kendra-stead-0480@ecf.pacerpro.com
- **Michael Howard Steinberg**
  steinbergm@sullcrom.com,michael-h-steinberg-5026@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com
- **Christopher D. Stewart**
  cstewart@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Elizabeth Johnson Stewart**
  elizabeth.stewart@shearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,elizabeth-stewart-0821@ecf.pacerpro.com,manattyoffice@shearman.com
- **William Taylor**
  wtaylor@zuckerman.com
- **Daniel Ben Tehrani**
  Daniel.Tehrani@usdoj.gov,CaseView.ECF@usdoj.gov
- **Steven Jeffrey Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com
- **Matthew Tracy**
  tracy.m@wssllp.com
- **Nicholas Tygesson**
  ntygesso@sidley.com
- **Anil Karim Vassanji**
  vassanjia@sullcrom.com,anil-vassanji-1486@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com
- **Melanie Elizabeth Walker**
  mewalker@sidley.com,melanie-walker-7174@ecf.pacerpro.com,efilingnotice@sidley.com
- **Reid Weingarten**
  rweingarten@steptoe.com
- **Joseph Harry Weiss**
  jweiss@weisslawllp.com,infony@weisslawllp.com,joshua-rubin-1257@ecf.pacerpro.com,exec@weisslawllp.com
- **Theodore Von Wells , Jr**
  twells@paulweiss.com,mao_fednational@paulweiss.com
- **Regis C. Worley , Jr**
  rworley@rgrdlaw.com
- **Debra J. Wyman**
  debraw@rgrdlaw.com,e_file_sd@rgrdlaw.com,9404133420@filings.docketbird.com
- **Genevieve Graeme York-Erwin**
  YorkErwinG@lanepowell.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ar Capital LLC**
,

**Dwight Phillip Bostwick**
Zuckerman Spaeder, LLP
1800 M Street, N.W., Ste. 1000
Washington, DC 20036-5802

**Scott Alexander Edelman**
Milbank, Tweed, Hadley & McCloy LLP (NYC)
1 Chase Manhattan Plaza
New York, NY 10005

**Kevin Patton**
,

**David C. Walton**
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West Broadway
Suite 1900
San Diego, CA 92101

**Abby M. Wenzel**
,