UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION | Civil Action No. 1:15-mc-00040-AKH <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | |

CLASS PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT
OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST
DEFENDANTS BRIAN S. BLOCK AND LISA P. MCALISTER

1526902_1

Pursuant to Rule 56.1 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, Class Plaintiffs hereby submit the following material facts as to which Class Plaintiffs contend there is no genuine issue to be tried in this matter.

1. Brian S. Block ("Block") served as American Realty Capital Properties, Inc.'s ("ARCP") Chief Financial Officer and Executive Vice President since ARCP's formation in December 2010. Declaration of Debra J. Wyman in Support of Plaintiffs' Motion for Partial Summary Judgment Against Defendants Brian S. Block and Lisa P. McAlister ("Wyman Decl."), Ex. 13 at 35.

2. Block "resigned" from ARCP on October 28, 2014. Wyman Decl., Ex. 17 at 3.

3. On July 29, 2014, ARCP filed with the United States Securities and Exchange Commission ("SEC") a Form 8-K which included as an exhibit a press release dated July 29, 2014, announcing ARCP's financial results for 2Q14. Wyman Decl., Ex. 15.

4. On July 29, 2014, ARCP filed with the SEC a Form 10-Q for the second quarter of 2014 ("2Q14 Form 10-Q"). Block signed the 2Q14 Form 10-Q. Wyman Decl., Ex. 14 at 82.

5. On July 29, 2014, ARCP filed with the SEC a "Certification Pursuant to Rule 13a-14(a) and 15d-14(a) Under the Securities Exchange Act of 1934, As Amended," which was signed by Block and attached as an exhibit to the 2Q14 Form 10-Q. Wyman Decl., Ex. 16.

6. On September 7, 2016, the United States Attorney for the Southern District of New York filed an Indictment against Block in this District, which asserted six counts against Block: (1) conspiracy to commit securities fraud, to make false filings with the SEC, and to falsify books and records; (2) securities fraud; (3) false statements in filings with the SEC regarding ARCP's 2014 Second Quarter 10-Q; (4) false statements in filings with the SEC regarding ARCP's 2014 Second

Quarter 8-K; (5) false certification of disclosure filed with the SEC; and (6) false certifications filed with the SEC (18 U.S.C. §1350).  Wyman Decl., Ex. 1.

7. Block was represented during his 2017 criminal trial in *United States v. Brian Block*, No. 16-cr-00595 (JPO) by the law firm of Steptoe & Johnson LLP.  Wyman Decl., Ex. 3 at 2549.

8. On June 29, 2017, the Honorable J. Paul Oetken delivered the jury instructions to the jury.  Wyman Decl., Ex. 2 at 2473-2544.  The jury was instructed that, in order for the Government to meet its burden in proving a count against Block, the Government was required to prove beyond a reasonable doubt each essential element of that count.  Wyman Decl., Ex. 2 at 2505, 2509, 2515, 2518, 2524.

9. On June 30, 2017, following a two-week trial, the jury delivered a unanimous verdict, finding Block guilty on all six counts.  Wyman Decl., Exs. 4, and 3 at 2533-2555.

10. On July 14, 2017, Block moved for judgment of acquittal under Federal Rule of Criminal Procedure 29.  On October 24, 2017, Judge Oetken denied Block's motion for judgment of acquittal.  Wyman Decl., Ex. 5.

11. On November 9, 2017, Judge Oetken entered judgment against Block.  Wyman Decl., Ex. 6.

12. Lisa P. McAlister ("McAlister ") began serving as ARCP's Senior Vice President and Chief Accounting Officer on approximately November 4, 2013.  Wyman Decl., Ex. 8 at 1.

13. McAlister "resigned" from her positions at ARCP on October 28, 2014.  Wyman Decl., Ex. 17 at 3.

14. McAlister signed the 2Q14 Form 10-Q ARCP filed with the SEC on July 29, 2014. Wyman Decl., Ex. 14 at 82.

15. On June 29, 2016, the United States Attorney for the Southern District of New York filed an Information against McAlister in this District. The Information asserted four counts against McAlister: (1) conspiracy to commit securities fraud, to make false filings with the SEC, and to falsify books and records; (2) securities fraud; (3) false statements in filings with the SEC; and (4) false representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States. Wyman Decl., Ex. 9.

16. On June 29, 2016, McAlister waived her right to prosecution by indictment, consented to have her criminal proceeding take place by information, and pled guilty to all four counts asserted in the Government's June 29, 2016 Information. Wyman Decl., Exs. 10 and 11 at 5, 25.

17. McAlister was represented by the law firm of Zuckerman Spaeder LLP when she waived her right to indictment and entered her plea allocution. Wyman Decl., Ex. 11 at 2, and 10, respectively.

18. McAlister testified during the June 29, 2016, plea allocution hearing that her guilty plea was not the result of any pressure or threats, and that she was offering to plead guilty because she was, in her opinion, guilty. Wyman Decl., Ex. 11 at 8-9. McAlister admitted during the hearing she and others at ARCP intentionally misled investors, the public and the SEC about AFFO by an amount McAlister knew investors would consider important. Wyman Decl., Ex. 11 at 28.

19. This Court accepted McAlister's guilty plea, finding she understood the consequences of her guilty plea. This Court further found during the hearing McAlister's waiver of her right to a Grand Jury investigation, and consent to have her criminal proceeding take place by information, was voluntarily made. Wyman Decl., Ex. 11 at 32-33.

20. On March 23, 2018, Judge Oetken entered judgment against McAlister on all four counts contained in the Government's Information. Wyman Decl., Ex. 12.

21. In charging Block and McAlister for the crimes on which they were convicted, the Government alleged, *inter alia*, Block and McAlister violated Section 10(b) and Rule 10b-5 by willfully and knowingly, in connection with the purchase and sale of securities, making untrue statements of material fact, based on the fraudulently inflated reported figures for AFFO and AFFO per share for the second quarter of 2014 and the first six months of 2014, as reported in ARCP's 2Q14 SEC Filings. Wyman Decl., Ex. 1 at 17-18; Wyman Decl., Ex. 9 at 15-16.

22. The Third Amended Class Action Complaint for Violations of the Federal Securities Laws (Dkt. No. 312, the "TAC") also alleges Block and McAlister violated Section 10(b) and Rule 10b-5 based on the AFFO and AFFO per share figures reported in the 2Q14 SEC Filings, that Block and McAlister knew or recklessly disregarded ARCP's reported AFFO and AFFO per share were false, and that plaintiffs and other members of the Class suffered damages in connection with their purchases and/or acquisition of ARCP securities during the Class Period. Dkt. No. 312, ¶¶270, 272, 274, 308-13.

23. In charging Block for the crimes on which he was convicted, the Government alleged, *inter alia*, Block violated the federal securities laws by making false statements in certifications filed with the SEC in connection with the second quarter of 2014. Wyman Decl., Ex. 1 at 20-21.

24. The TAC also alleges Block violated the federal securities laws by making false statements in certifications filed with the SEC in connection with the second quarter of 2014. Dkt. No. 312 ¶¶58, 272; Wyman Decl., Ex. 16.

| | |
|---|---|
| DATED: February 8, 2019 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DARREN J. ROBBINS<br>DANIEL S. DROSMAN<br>JONAH H. GOLDSTEIN<br>DEBRA J. WYMAN<br>JESSICA T. SHINNEFIELD |
| | s/ DEBRA J. WYMAN |
| | DEBRA J. WYMAN |

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dand@rgrdlaw.com
jonahg@rgrdlaw.com
debraw@rgrdlaw.com
jshinnefield@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com

Lead Counsel for Lead Plaintiff and the Class

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 8, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      s/ DEBRA J. WYMAN
      DEBRA J. WYMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  debraw@rgrdlaw.com

# Mailing Information for a Case 1:15-mc-00040-AKH In re American Realty Capital Properties, Inc. Litigation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Simon Abraham**
  jabraham@aftlaw.com

- **Robin L. Alperstein**
  ralperstein@beckerglynn.com,mghose@beckerglynn.com,hhill@beckerglynn.com

- **Antonia Marie Apps**
  aapps@milbank.com,tlevendosky@milbank.com,ggreen@milbank.com,AutoDocketECF@milbank.com,USANYS.ECF@USDOJ.GOV

- **Adam M. Apton**
  aapton@zlk.com

- **Karim Basaria**
  kbasaria@sidley.com

- **Gary Frederick Bendinger**
  gbendinger@sidley.com,nyefiling@sidley.com,gary-bendinger-4030@ecf.pacerpro.com

- **Stanley D Bernstein**
  bernstein@bernlieb.com,birkeland@bernlieb.com,ecf@bernlieb.com

- **Rebecca A. Beynon**
  rbeynon@kellogghansen.com

- **Brian Roger Blais**
  brian.blais@usdoj.gov,usanys.ecf@usdoj.gov,CaseView.ECF@usdoj.gov

- **Jeffrey Craig Block**
  jeff@blockesq.com,jason@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Adam Jerrod Bookman**
  adam.bookman@weil.com

- **Bruce Roger Braun**
  bbraun@sidley.com,nyefiling@sidley.com,efilingnotice@sidley.com,catherine.stewart@sidley.com,kbasaria@sidley.com,jplatt@sidley.com,ntygesso@sidley.com,ncon braun-9612@ecf.pacerpro.com

- **Kristina Anne Bunting**
  kbunting@paulweiss.com,mao_fednational@paulweiss.com

- **Jennifer Nunez Caringal**
  jcaringal@rgrdlaw.com,5233378420@filings.docketbird.com,lmix@rgrdlaw.com

- **Alexandra Rebecca Clark**
  aclark@pkbllp.com

- **Neil Harris Conrad**
  nconrad@sidley.com,efilingnotice@sidley.com,neil-conrad-4222@ecf.pacerpro.com

- **Jason Robert D'Agnenica**
  jasondag@ssbny.com

- **Glen DeValerio**
  gdevalerio@bermandevalerio.com,bdentremont@bermandevalerio.com,ecf@bermandevalerio.com,bmccarthy@bermandevalerio.com

- **Jillian Rebecca Dent**
  jdent@sidley.com,jillian-dent-4387@ecf.pacerpro.com,efilingnotice@sidley.com

- **Bruce Whitney Dona**
  bruce.dona@ksfcounsel.com

- **Michael Joseph Dowd**
  miked@rgrdlaw.com,debg@rgrdlaw.com,e_file_sd@rgrdlaw.com,tome@rgrdlaw.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,E_File_SD@rgrdlaw.com,tholindrake@rgrdlaw.com,5593753420@filings.docketbird.com

- **H. Miriam Farber**
  mfarber@shearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,miriam-farber-7421@ecf.pacerpro.com,manattyoffice@shearman.com

- **Meagan Alicia Farmer**
  mfarmer@gardylaw.com

- **Reid Mason Figel**
  rfigel@kellogghansen.com,esavoie@kellogghansen.com,jbelfatto@kellogghansen.com,gfording@kellogghansen.com

- **Christopher Lee Filburn**
  cfilburn@paulweiss.com,mao_fednational@paulweiss.com

- **Robert Craig Finkel**
  rfinkel@wolfpopper.com,cdunleavy@wolfpopper.com,mgianfagna@wolfpopper.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Adam Fotiades**
  afotiades@zuckerman.com

- **Molly Bruder Fox**
  mbfox@steptoe.com

- **Christopher Louis Garcia**
  christopher.garcia@weil.com,evert.christensen@weil.com,MCO.ECF@weil.com,nymao@ecf.pacerpro.com

- **James Philip Gillespie**
  jgillespie@kirkland.com,kevin.mccarthy@kirkland.com,kenymanagingclerk@kirkland.com

- **Daniel Zachary Goldman**
  dgoldman@pkbllp.com

- **Andrew Edward Goldsmith**
  agoldsmith@kellogghansen.com,jlai@kellogghansen.com,ecfnotices@kellogghansen.com

- **Jonah H. Goldstein**
  jonahg@rgrdlaw.com

- **Douglas W. Greene**
  dgreene@bakerlaw.com,davisc@lanepowell.com,ssmith@bakerlaw.com,Matsushitat@lanepowell.com,lanep@lanepowell.com,schaera@lanepowell.com,mitchelll@lan

- **Theresa Hsin-Yi Gue**
  tgue@pkbllp.com

- **Adam Selim Hakki**
  ahakki@shearman.com,managing-attorney-5081@ecf.pacerpro.com,Courtalert@shearman.com,manattyoffice@shearman.com,adam-hakki-1816@ecf.pacerpro.com

- **John Louis Hardiman**
  hardimanj@sullcrom.com,john-hardiman-9552@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

- **David Charles Harrison**
  dharrison@lowey.com

- **Barbara J. Hart**
  bhart@lowey.com

- **Steven P. Harte**
  steven@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Cody Herche**
  cherche@kellogghansen.com,apursley@kellogghansen.com

- **William Scott Holleman**
  ScottH@johnsonfistel.com,paralegal@johnsonfistel.com

- **Geoffrey Coyle Jarvis**
  gjarvis@ktmc.com,9343632420@filings.docketbird.com,mswift@ktmc.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com

- **Rebecca M Katz**
  rkatz@katzlawnewyork.com,disaacson@motleyrice.com,dabel@motleyrice.com,lkorenblit@motleyrice.com,kweil@motleyrice.com

- **Christopher J. Keller**
  ckeller@labaton.com,5497918420@filings.docketbird.com,kgutierrez@labaton.com,drogers@labaton.com,ElectronicCaseFiling@labaton.com

- **Michael Anthony Keough**
  mkeough@steptoe.com,bhamerschlag@Steptoe.com,ehartman@steptoe.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Lawrence Paul Kolker**
  kolker@whafh.com

- **Alexia Dorothea Korberg**
  akorberg@paulweiss.com,mao_fednational@paulweiss.com

- **Daniel Jonathan Kramer**
  dkramer@paulweiss.com,mao_fednational@paulweiss.com

- **Larry Howard Krantz**
  lkrantz@krantzberman.com

- **Eric Albin Larson**
  elarson@mmmlaw.com,eeckard@mmmlaw.com

- **Angel P. Lau**
  alau@rgrdlaw.com,8467512420@filings.docketbird.com,tdevries@rgrdlaw.com

- **Justin David Lerer**
  jlerer@paulweiss.com,mao_fednational@paulweiss.com

- **Michelle Lynn Levin**
  mlevin@steptoe.com,bhamerschlag@Steptoe.com,ehartman@steptoe.com,cjenkins@steptoe.com

- **Daniel Craig Lewis**
  daniel.lewis@shearman.com,managing-attorney-5081@ecf.pacerpro.com,daniel-lewis-6070@ecf.pacerpro.com,CourtAlert@Shearman.com,manattyoffice@shearman.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,jsnematzadeh@pomlaw.com

- **Neil Robert Lieberman**
  nlieberman@hsgllp.com,crodriguez@hsgllp.com,Managingclerk@hsgllp.com

- **Howard Theodore Longman**
  tsvi@aol.com,hlongman@ssbny.com

- **Dermot Lynch**
  dlynch@zuckerman.com

- **John Phillip MacNaughton**
  jpm@mmmlaw.com,wew@mmmlaw.com,elarson@mmmlaw.com

- **Michael David Margulies**
  mmargulies@carltonfields.com

- **Jerry Lee Marks**
  jmarks@milbank.com

- **Rita Kathleen Maxwell**
  rita.maxwell@bracewelllaw.com,mco@bracewelllaw.com

- **Francis Paul McConville**
  fmcconville@labaton.com,kgutierrez@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Glen Garrett McGorty**
  gmcgorty@crowell.com

- **Donald Alan Migliori**
  dmigliori@motleyrice.com,kdotson@motleyrice.com

- **Michael Campion Miller**
  mmiller@steptoe.com,ehartman@steptoe.com,bhamerschlag@steptoe.com,cjenkins@steptoe.com

- **Mark Tamerlane Millkey**
  mmillkey@rgrdlaw.com,e_file_ny@rgrdlaw.com,1781895420@filings.docketbird.com

- **Christopher F. Moriarty**
  cmoriarty@motleyrice.com,sturman@sturman.ch

- **Daniel P. Moylan**
  dmoylan@zuckerman.com,jlinton@zuckerman.com,cvandergriff@zuckerman.com

- **Beth Mueller**
  beth.mueller@kirkland.com,kenymanagingclerk@kirkland.com

- **William H. Narwold**
  bnarwold@motleyrice.com,glevin@motleyrice.com,lmclaughlin@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

- **Shawn Patrick Naunton**
  snaunton@zuckerman.com

- **Gregory Mark Nespole**
  gmn@whafh.com

- **Ivy T. Ngo**
  ingo@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jonathan Ohring**
  johring@milbank.com,DMarcou@milbank.com,mprostko@milbank.com,TQuinn@milbank.com,JKammerman@milbank.com,dhooks1@milbank.com,AutoDocketECI

- **Bradley E Oppenheimer**
  boppenheimer@kellogghansen.com,ecf-780f0d54d6a1@ecf.pacerpro.com,gfording@kellogghansen.com

- **Guy Petrillo**
  gpetrillo@pkbllp.com

- **Ashley M. Price**
  APrice@rgrdlaw.com,e_file_sd@rgrdlaw.com,9561670420@filings.docketbird.com,lmix@rgrdlaw.com

- **Arlen Pyenson**
  apyenson@crowell.com

- **Fei-Lu Qian**
  fqian@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Leah Margaret Quadrino**
  lquadrino@steptoe.com,pparker@steptoe.com

- **Daniel Brett Rehns**
  drehns@hrsclaw.com,efilings@hrsclaw.com

- **Kenneth Mark Rehns**
  krehns@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Julie Goldsmith Reiser**
  jreiser@cohenmilstein.com

- **Lorin L. Reisner**
  LReisner@paulweiss.com,mao_fednational@paulweiss.com

- **Joseph F. Rice**
  jrice@motleyrice.com

- **Ann Kimmel Ritter**
  aritter@motleyrice.com,glevin@motleyrice.com,kweil@motleyrice.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com,jcaringal@rgrdlaw.com

- **Lara Elizabeth Romansic**
  lromansic@steptoe.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,9858910420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Peter George Safirstein**
  psafirstein@safirsteinmetcalf.com,sfeerick@safirsteinmetcalf.com

- **Michael Gerard Scavelli**
  mscavelli@steptoe.com,bhamerschlag@Steptoe.com,cjenkins@steptoe.com

- **Jed Mastren Schwartz**
  jschwartz@milbank.com,lknoke@milbank.com,ggreen@milbank.com,AutoDocketECF@milbank.com,calipio@milbank.com

- **Kevin S. Sciarani**
  ksciarani@rgrdlaw.com,3827167420@filings.docketbird.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph R. Seidman**
  seidman@bernlieb.com

- **Jonathan Lucas Shapiro**
  jshapiro@kasowitz.com,courtnotices@kasowitz.com,autodocket@kasowitz.com

- **Jessica T. Shinnefield**
  jshinnefield@rgrdlaw.com,4243953420@filings.docketbird.com

- **Thomas Michael Skelton**
  tskelton@lowey.com

- **Richard William Slack**
  richard.slack@weil.com,mco.ecf@weil.com,Christopher.Gismondi@weil.com,Patrick.Branson@weil.com,Amy.Suehnholz@weil.com,nymao@ecf.pacerpro.com,evert.karp@weil.com,Kaela.Dahan@weil.com

- **Patrick C Smith**
  psmith@dehay.com

- **Audra Jan Soloway**
  asoloway@paulweiss.com,mao_fednational@paulweiss.com

- **Luigi Spadafora**
  spadafora.l@wssllp.com

- **Kendra L Stead**
  kstead@sidley.com,efilingnotice@sidley.com,jdent@sidley.com,kendra-stead-0480@ecf.pacerpro.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com,michael-h-steinberg-5026@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

- **Christopher D. Stewart**
  cstewart@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elizabeth Johnson Stewart**
  elizabeth.stewart@shearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,elizabeth-stewart-0821@ecf.pacerpro.com,manattyoffice@shearman.com

- **William Taylor**
  wtaylor@zuckerman.com

- **Daniel Ben Tehrani**
  Daniel.Tehrani@usdoj.gov,CaseView.ECF@usdoj.gov

- **Steven Jeffrey Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

- **Matthew Tracy**
  tracy.m@wssllp.com

- **Nicholas Tygesson**
  ntygesso@sidley.com

- **Anil Karim Vassanji**
  vassanjia@sullcrom.com,anil-vassanji-1486@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

- **Melanie Elizabeth Walker**
  mewalker@sidley.com,melanie-walker-7174@ecf.pacerpro.com,efilingnotice@sidley.com

- **Reid Weingarten**
  rweingarten@steptoe.com

- **Joseph Harry Weiss**
  jweiss@weisslawllp.com,infony@weisslawllp.com,joshua-rubin-1257@ecf.pacerpro.com,exec@weisslawllp.com

- **Theodore Von Wells , Jr**
  twells@paulweiss.com,mao_fednational@paulweiss.com

- **Regis C. Worley , Jr**
  rworley@rgrdlaw.com

- **Debra J. Wyman**
  debraw@rgrdlaw.com,e_file_sd@rgrdlaw.com,9404133420@filings.docketbird.com

- **Genevieve Graeme York-Erwin**
  YorkErwinG@lanepowell.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ar Capital LLC
,

Dwight          Phillip Bostwick
Zuckerman Spaeder, LLP
1800  M  Street,  N.W.,   Ste. 1000
Washington, DC 20036-5802

Scott           Alexander Edelman
Milbank, Tweed, Hadley & McCloy LLP (NYC)
1 Chase Manhattan Plaza
New York, NY 10005

Kevin Patton
,

David           C. Walton
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West  Broadway
Suite  1900
San Diego, CA 92101

Abby M. Wenzel
,
```