UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :

                                                    :  Case No. 1:15-mc-00040-AKH

IN RE AMERICAN REALTY CAPITAL     :
PROPERTIES, INC. LITIGATION            :  **ECF CASE**

                                                      :  **ORAL ARGUMENT REQUESTED**

-------------------------------------------------------------X

# NOTICE OF DEFENDANT GRANT THORNTON LLP'S MOTION FOR SUMMARY JUDGMENT

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Rule 56.1 Statement, and Declaration of Gary F. Bendinger with supporting exhibits, Grant Thornton LLP ("Grant Thornton") will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court for an Order, pursuant to Federal Rule of Civil Procedure 56, granting judgment in favor of Grant Thornton and dismissing with prejudice Counts I-VI of the Third Amended Complaint (D.E. 312), as well as such other and further relief as the Court deems just and proper.

Dated: New York, New York
         February 8, 2019

Respectfully submitted,

/s/ *Gary F. Bendinger*

Gary F. Bendinger
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
gbendinger@sidley.com

Bruce R. Braun
Melanie E. Walker
Kendra L. Stead
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036
bbraun@sidley.com
mewalker@sidley.com
kstead@sidley.com

*Attorneys for Defendant Grant Thornton LLP*