# Exhibit TPU95-1

# ECC Memorandum

**Strictly Confidential**

## Deutsche Bank 

*This confidential memorandum is intended for your personal use in connection with the Committee's consideration of the propos ed equity or equity-linked transaction described below. This memorandum may not be reproduced or distributed in whole or in part and must be discarded a fter conclusion of the Committee meeting or if you are unable to attend the meeting.*

| DDRC | | ECC | X | KWG 13b(1) | | KWG 13d(1) | | KWG 15(2) | | Date | May 20, 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| **Transaction** | **Transaction type** | **Transaction size** (US$/Euro) |
|---|---|---|
| Project Rooster<br>American Realty Capital Properties<br>Follow-on Offering | Follow-on | [$1.4bn] |

| | **DB Underwriting** (type/% of deal) | **Expected fees** (in US$ m) | |
|---|---|---|---|
| | N/A | Gross | 3.125% ($43.75mm) |
| | | DB share | 10% ($4.375mm) |

**Hard underwriting – Add. approvals:**

| | |
|---|---|
| MRM, Equity, Sallavuard (€250-500m) | |
| MRM, Equity-linked, Dowling (€500-1,000m) | |
| GME, Ritchie (€500-1,000m) | |
| Equity-linked, Fan (€500-1,000m) | |
| CIB, Rankin and Fan (>€ 1,000m) | |
| GCRO Lewis/Ritchotte (>€1,000m) | |
| Notify, Brand (>€500m) | |

**DB role**

Passive Bookrunner

**Other banks competing/mandated** (including underwriting/fee share)

9 Bookrunners including BAML (Additional 25bps) , Citi (Additional 25bps), MS (10%), JPM (10%) [TBD]

**Stabilization Agent:**

Citi

RegS ☐   144A ☐   Other _____

| **Listed issuer** | yes | X | no | ☐ | **DB Research** | yes | no | X | **Client** adopted | yes | X | no | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Share price (dd,mm) | $13.10 (05/16) | Last publication | | Conflict clearance | yes | X | n/a ☐ |
| Market cap (curr m) | $10,153.7 | Target price | | Deal log number | D1403934 | | |
| 52 week - high/low | $17.92 / $12.13 | Recommendation | | DB Shareholding | 4.99mm (0.65%) o/s | | |
| Bloomberg symbol | ARCP | **New coverage** | | DB Lending | $400m in $5.0bn Credit Facility | | |
| **Reg M Status** | | Post-IPO | | Other DB Mandates: | Gaming M&A sale | | |
| ☐0 Day  ☐1 Day  ☐5 Day | | Recent initiation | | | leaseback | | |

---

## Executive summary

American Realty Capital Properties ("ARCP" or the "Company") is a publicly traded net lease REIT (NASDAQ: ARCP). Via a series of acquisitions over the last 24 months, ARCP has become the largest net lease REIT with an enterprise value of $20bn. ARCP's portfolio consists of over 3,800 properties totaling over 102 mm square feet. The portfolio is 49% investment grade by rental income and 99% occupied. ARCP's current leverage is 7.0x debt / EBITDA. The Company carries i nvestment grade ratings from Moody's (Baa3) and S&P (BBB -).

Through its recent acquisition of the publicly traded net lease company Cole Investments, ARCP substantially increased the si ze and quality of its net lease portfolio, and also acquired and retai ned Cole's non-traded REIT asset management business. Cole is among the largest sponsors of non-traded REITs.

**Transaction summary**

Deutsche Bank Securities Inc. ("Deutsche Bank" or "DB") has been asked to participate as a passive bookrunner in a [$1.4 bn] marketed follow on equity offering for ARCP. Bank of America Merrill Lynch is leading the transaction, Citi is acting as stabilization agent, an d Morgan Stanley and J.P. Morgan are acting as active bookrunners. The total underwriting group consists of nine bookrunners including Deutsche Bank. ARCP intends to use the proceeds to fund its recently announced (5/16/14) $1.5bn Red Lobster portfolio acquisition. Any excess proceeds will be used to pay down outstandings under its revolver.

# Transaction summary

| Offering details | |
|---|---|

**Deal details**

| | |
|---|---|
| Stock symbol: | NASDAQ: ARCP |
| Offering size: | ~$1.4bn |
| Type of shares offered: | Primary |
| Underwriters' option: | 15% (100% primary) |
| Price range | N/A |
| FD shares | 775 million |
| FD market cap[a] | $10,154 million |
| Use of proceeds | To finance $1.5bn acquisition of Red Lobster Real Estate Assets announced on 5/16/2014; Excess proceeds to be used to pay down revolver |
| Selling shareholder(s): | ARCP |
| Lock-up: | 90 days |
| Stabilization: | Citi |
| Billing and delivery: | BAML |
| Roadshow logistics: | BAML |

(a) Based on 5/16/14 closing share price of $13.10 and 775 million fully diluted shares outstanding

**Contacts**

*Equity syndicate*

| | |
|---|---|
| Frank Windels, *MD* | ███████@db.com; ████████ |
| Benjamin Darsney, *Vice President* | ████████@db.com; ████ |

*Equity Capital Markets*

| | |
|---|---|
| Jeremy Fox, *MD* | ██████@db.com; ███████ |
| Ryan Cunn, *Vice President* | ██████@db.com; ███████ |
| Calie Morrow, *Analyst* | ██████@db.com; ██████ |
| John Beam, *Analyst* | █████@db.com; |

*Investment Banking*

| | |
|---|---|
| Drew Goldman, *Global Head, MD* | ██████@db.com; |
| Chad Cooper, *MD* | ██████@db.com; |
| Andrew Bartrop, *Director* | ████████@db.com; █ |
| Bernie Kaplan, *Associate* | ██████@db.com; ███ |
| Jessica Renner, *Analyst* | █████@db.com ████ |

*Legal*

| | |
|---|---|
| Steven Burwell, *MD* | ██████@db.com; ███ |

2

CONFIDENTIAL

DBS-ARCP_00000531

## Company background

| Brief Company Description | Major Shareholders | Capitalization |

### Brief Company Description

American Realty Capital Properties, Inc. (the "Company" or "ARCP"), is a Maryland corporation incorporated on December 2, 2010 that qualified as a real estate investment trust for U.S. federal income tax purposes beginning in the taxable year ended December 31, 2011. On September 6, 2011, the Company completed its initial public offering (the "IPO"). The Company's common stock trades on the NASDAQ Global Select Market ("NASDAQ") under the symbol "ARCP".

The Company acquires, owns and operates single-tenant, freestanding commercial real estate properties. The Company has acquired properties with a combination of long-term and medium-term leases and intends to continue to acquire properties with approximately 70% long-term leases and 30% medium-term leases, with an average portfolio remaining lease term of approximately 10 to 12 years. The Company considers properties that are leased on a "medium-term" basis to mean properties originally leased long-term (ten years or longer) that currently have a primary remaining lease duration of generally three to eight years, on average. The Company expects this investment strategy to develop growth potential from below market leases. Additionally, the Company owns a portfolio that uniquely combines properties with stable income from high credit quality tenants, and properties that have substantial future growth potential.

Via a series of transformative acquisitions in 2013, ARCP has become the largest net lease REIT amongst its public peer group. ARCP has an enterprise value of $20bn. ARCP's portfolio consists of over 3,800 properties totaling over 102 mm square feet. The portfolio is 49% investment grade by rental income and 99% occupied. ARCP's current leverage is 7.0x debt / EBITDA, and the Company generated $1.35bn of EBITDA in 2013. ARCP is a bellwether in the net lease space, and the most active net lease REIT in terms of M&A and capital raises.

Source: Thomson One

### Major Shareholders

| | Share beneficially owned | |
| | Number | Percent |
| --- | --- | --- |
| **Major stockholders** | | |
| Vanguard Group | 96,483,002 | 12.53% |
| BlackRock | 38,696,833 | 5.03% |
| State Street Global Advisors | 23,031,233 | 2.99% |
| Credit Suisse | 22,954,761 | 2.98% |
| Marcato Capital Management | 20,987,538 | 2.73% |
| | | |
| **Insiders & Directors** | | |
| Nick Schorsch | 3,614,657 | 0.47% |
| Brian Block | 926,379 | 0.12% |
| William Kahane | 497,286 | 0.06% |
| Peter Budko | 385,511 | 0.05% |
| David Kay | 265,315 | 0.03% |

### Capitalization

| | PF 3/31/2014 ARCP |
| --- | --- |
| Restricted cash | $83.1 |
| Unrestricted cash | 55.6 |
| | |
| Revolver | $1,450.0 |
| Term loan | 994.0 |
| Mortgage debt | 4,234.7 |
| **Total bank / secured debt** | **$6,678.6** |
| | |
| Senior notes | $2,545.9 |
| Other debt | 68.3 |
| Convertible debt | 973.7 |
| **Total debt** | **$10,266.5** |
| | |
| Preferred equity | $26.6 |
| Current share price | $13.10 |
| Shares outstanding | 775.1 |
| **Equity market cap** | **$10,153.7** |
| | |
| **Total capitalization** | **$20,446.8** |
| | |
| Total enterprise value | $20,308.1 |

(a) Based on 5/16/14 closing share price of $13.10 and 775 million fully diluted shares outstanding

Source: Company data

For internal use only

3

CONFIDENTIAL

DBS-ARCP_00000532

## Summary financial performance

| REI: | | Three Months Ended March 31, | |
|---|---|---|---|
| | | 2014 | 2013 |
| Rental income | $ | 244,445 | $ | 40,987 |
| Direct financing lease income | | 1,006 | — |
| Operating expense reimbursements | | 21,096 | 1,910 |
| Total real estate investment revenues | | 266,547 | 42,897 |
| Acquisition related | | 11,884 | 10,327 |
| Merger and other transaction related | | 222,192 | 137,769 |
| Property operating expenses | | 29,627 | 2,549 |
| General and administrative expenses | | 7,770 | 1,434 |
| Equity based compensation | | 22,530 | 881 |
| Depreciation and amortization | | 151,064 | 26,753 |
| Total operating expenses | | 444,967 | 179,733 |
| Operating loss | | (178,420) | (136,836) |
| Interest expense, net | | (116,717) | (6,056) |
| Other income, net | | 322 | 833 |
| Loss on derivative instruments, net | | (20,197) | (5) |
| Gain on disposition of properties, net | | 2,979 | — |
| Gain on sale of investments | | — | 471 |
| Total other expenses, net | | (133,613) | (4,757) |
| Net loss from continuing operations | | (312,033) | (141,593) |
| Discontinued operations: | | | |
| Loss from operations of held for sale properties | | — | (18) |
| Gain on held for sale properties | | — | 14 |
| Net loss from discontinued operations | | — | (2) |
| Net loss | $ | (312,033) | $ | (141,595) |

| Cole Capital: | | Three Months Ended March 31, | |
|---|---|---|---|
| | | 2014 | 2013 |
| Dealer manager and distribution fees, selling commissions and offering reimbursements | $ | 42,453 | $ | — |
| Transaction service fees | | 4,559 | — |
| Management fees and reimbursements | | 7,055 | — |
| Total Cole Capital revenues | | 54,067 | — |
| Cole Capital reallowed fees and commissions | | 34,436 | — |
| General and administrative expenses | | 19,089 | — |
| Depreciation and amortization | | 14,359 | — |
| Total operating expenses | | 67,884 | — |
| Total other income | | 5,195 | — |
| Net loss | $ | (8,622) | $ | — |

| Total Company: | | Three Months Ended March 31, | |
|---|---|---|---|
| | | 2014 | 2013 |
| Total revenues | $ | 320,614 | $ | 42,897 |
| Total operating expenses | | 512,851 | 179,733 |
| Total other expense | | (128,418) | (4,757) |
| Loss from continuing operations | | (320,655) | (141,593) |
| Loss from discontinued operations | | — | (2) |
| Net loss | $ | (320,655) | $ | (141,595) |

| | | Total Assets | |
|---|---|---|---|
| | | March 31, 2014 | December 31, 2013 |
| Real Estate Investment | $ | 19,480,029 | $ | 7,805,059 |
| Cole Capital | | 1,000,271 | — |
| Total Company | $ | 20,480,300 | $ | 7,805,059 |

For internal use only

CONFIDENTIAL

DBS-ARCP_00000533