## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION | Civil Action No.: 1:15-mc-00040-AKH |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | |
| ALL ACTIONS | |
| JET CAPITAL MASTER FUND, L.P., et al., | |
| Plaintiffs, | Civil Action No. 1:15-cv-00307-AKH |
| vs. | |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., et al., | |
| Defendants. | |

### DECLARATION OF JONATHAN OHRING IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS PLAINTIFFS' MOTION TO PRECLUDE EXPERT WITNESS WALTER N. TOROUS

I, Jonathan Ohring, hereby declare as follows:

1.      I am an associate with the law firm Milbank LLP, counsel to Defendant American Realty Capital Properties, Inc. in the above-captioned actions.  I am a member in good standing of the bar of the State of New York and of this Court.

2.      Attached to this declaration as **Exhibit F1** is a true and correct copy of the March 15, 2017 Report of Dr. Steven Feinstein addressing the issue of market efficiency.

3.      Attached to this declaration as **Exhibit F2** is a true and correct copy of the June 3, 2019 Report of Dr. Walter N. Torous addressing the issue of market efficiency.

4.       Attached to this declaration as **Exhibit F3** is a true and correct copy of excerpts of the deposition transcript of Dr. Steven Feinstein, testifying in the above-captioned actions on June 15, 2017.

5.       Attached to this declaration as **Exhibit F4** is a true and correct copy of the Brief of Financial Economists and Legal Scholars as Amici Curiae in Support of Petitioners, on petition for a writ of certiorari to the Second Circuit in *Barclays v. Waggoner*, No. 17-1209.

[*Remainder of page intentionally left blank.*]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2019.

Jonathan Ohring