UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



———————————————————— x
In re AMERICAN REALTY CAPITAL    :   Civil Action No. 1:15-mc-00040-AKH
PROPERTIES, INC. LITIGATION      :
———————————————————— :   CLASS ACTION
                                 :
This Document Relates To:        :
                                 :
    ALL ACTIONS.                 :
———————————————————— x

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020**

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT B TO
THE [PROPOSED] ORDER AND FINAL JUDGMENT

*Motion is granted; objection by lead plaintiff is overruled.*

*1-21-20*

*/s/ AKHellerstein*

PLEASE TAKE NOTICE that pursuant to Rule 4(B)(i) of this Court's Individual Rules of Practice and the Joint Stipulation and Protective Order entered by the Court on November 15, 2016 (ECF No. 324) (the "Protective Order"), Lead Plaintiff, by its undersigned attorneys, hereby moves this Court for leave to file Exhibit B to the [Proposed] Order and Final Judgment under seal. Exhibit B to the [Proposed] Order and Final Judgment contains a list of persons or entities that have entered into a settlement agreement or otherwise provided a release to any defendant relating to or arising from the purchase or other acquisition of American Realty Capital Properties, Inc. securities prior to October 29, 2014. It is Lead Plaintiff's understanding that many, if not all, of the settlement agreements were made on a confidential basis. Lead Plaintiff does not agree that the identities listed on Exhibit B are confidential and will be asking the Court at the hearing scheduled for January 21, 2020 to determine whether Exhibit B should remain sealed.

Pursuant to Paragraph 5(a) of the Protective Order and in accordance with Rule 4 of this Court's Individual Rules of Practice, Lead Plaintiff is contemporaneously herewith (1) submitting an unredacted copy of Exhibit B to the Court and (2) serving upon other parties in the action an unredacted copy of Exhibit B.

DATED: January 14, 2020

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
MICHAEL J. DOWD
JONAH H. GOLDSTEIN
DEBRA J. WYMAN
JESSICA T. SHINNEFIELD

s/ Debra J. Wyman
DEBRA J. WYMAN

- 1 -

4817-9069-0993.v1

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
miked@rgrdlaw.com
jonahg@rgrdlaw.com
debraw@rgrdlaw.com
jshinnefield@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com

Lead Counsel for Lead Plaintiff and the Class