# EXHIBIT A

## ARCP Opt-Outs/Exclusions –

| CLAIM ID | FIRST NAME | LAST NAME | NAME1 | NAME2 | NUNBER OF SHARES | ON OR BEFORE 10/28/2019 | DOCUMENTATION |
|---|---|---|---|---|---|---|---|
| AUI-EXCL00001 | HOLLY | SCHMID | | | 174.77 | Y | N |
| AUI-EXCL00002 | ROBERT | PHARIS | | | Not included | Y | N |
| AUI-EXCL00003 | RAYMOND | SORENSEN | | | 1291 | Y | N |
| AUI-EXCL00004 | MYRON D | TIEDE | | | Not Included | Y | N |
| AUI-EXCL00005 | BECKY LOUISE | POST | | | 325 | Y | N |
| AUI-EXCL00006 | JULIE | WHEATON | | | 1,019 | Y | N |
| AUI-EXCL00007 | BOBBY W | PRYOR | | | 1,000 | Y | N |
| AUI-EXCL00008 | EMMANUEL | GUYONNET | | | Not Included | Y | N |
| AUI-EXCL00009 | FRED O | WOOLSON | | | Not Included | Y | N |
| AUI-EXCL00010 | DOROTHY D | SHARP | | | 600 | Y | N |
| AUI-EXCL00011 | SEAN & MICHELLE | SOLBERG | | | Not Included | Y | N |
| AUI-EXCL00012 | JAMES B | HOLT | | | 1,400 | Y | N |
| AUI-EXCL00013 | CHARLES P | JEREMIAS | | | 3,405 | Y | N |
| AUI-EXCL00014 | DONALD G | SWIDER | | | Not Included | Y | N |
| AUI-EXCL00015 | LOUANN | LEVELING | | | Not Included | Y | N |
| AUI-EXCL00016 | MICHAEL L | BEARD IRA | | | 2,178.82 | Y | N |
| AUI-EXCL00017 | CHRISTINE | HAMMERSCHMIDT | | | Not Included | Y | N |
| AUI-EXCL00018 | RUSSELL | TOUPS | | | Not Included | Y | N |
| AUI-EXCL00019 | TILAK & BAISHALI | MALLIK | | | Not Included | Y | N |
| AUI-EXCL00020 | ERIN SCHROEDER | WEST | | | 963.167 | Y | N |
| AUI-EXCL00021 | CHRIS | SCHROEDER | | | 963.167 | Y | N |
| AUI-EXCL00022 | JANE | MELLING | | | Not Included | Y | N |
| AUI-EXCL00023 | GREGORY J | ENTREMONT | CHERYL ENTREMONT POA | | Not Included | Y | N |
| AUI-EXCL00024 | CHERYL C | ENTREMONT | | | Not Included | Y | N |
| AUI-EXCL00025 | MARIE LOUISE J | ENTREMONT | | | Not Included | Y | N |
| AUI-EXCL00026 | MARIE | LEBLANC | | | 400 | Y | N |
| AUI-EXCL00027 | ANN B | HYMEL | | | Not Included | Y | N |
| AUI-EXCL00028 | ROSELYN | LEBRUN | | | Not Included | Y | N |
| AUI-EXCL00029 | SUSAN | GUEYDAN | | | 800 | Y | N |
| AUI-EXCL00030 | WAYNE | LEBRUN | | | Not Included | Y | N |
| AUI-EXCL00031 | WILLIAM SCOTT | HAYES | | | 400 | Y | N |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AUI-EXCL00032 | DEBORAH A | MECOM | | | Not Included | Y | N |
| AUI-EXCL00033 | JUDY B | GOURGUES | | | Not Included | Y | N |
| AUI-EXCL00034 | BRENT | MATHEWS | | | 113 | Y | N |
| AUI-EXCL00035 | HENRY A | GOURGUES JR | | | Not Included | Y | N |
| AUI-EXCL00036 | ASHLEY A | MOORE | | | Not Included | Y | N |
| AUI-EXCL00037 | HERMAN | GILMORE | | | 860 | Y | N |
| AUI-EXCL00038 | RICHARD L | MECOM | | | Not Included | Y | N |
| AUI-EXCL00039 | LYNN B | EASLEY | | | Not Included | Y | N |
| AUI-EXCL00040 | VICTORIA | BARBOT | | | Not Included | Y | N |
| AUI-EXCL00041 | ELIZABETH K | DONNELLY | | | Not Included | Y | N |
| AUI-EXCL00042 | MICHAEL DAVID | BARBOT | | | Not Included | Y | N |
| AUI-EXCL00043 | EDWIN M | DONNELLY JR | | | Not Included | Y | N |
| AUI-EXCL00044 | MARILLYN T | BARBOT | | | Not Included | Y | N |
| AUI-EXCL00045 | DONALD | DIGGS | | | Not Included | Y | N |
| AUI-EXCL00046 | RAYMOND M | AUBIN | | | Not Included | Y | N |
| AUI-EXCL00047 | PATRICIA A | DESSOMMES | | | Not Included | Y | N |
| AUI-EXCL00048 | BRIAN | ABADIE | | | Not Included | Y | N |
| AUI-EXCL00049 | ERIC | DESSOMMES | | | Not Included | Y | N |
| AUI-EXCL00050 | DAVID | CLEMENT | | | Not Included | Y | N |
| AUI-EXCL00051 | GORDON | DACRYMPLE | | | Not Included | Y | N |
| AUI-EXCL00052 | BONNIE | TOUPS | | | Not Included | Y | N |
| AUI-EXCL00053 | LOUIS M | CLAVERIE | | | Not Included | Y | N |
| AUI-EXCL00054 | JOHN | THOERIG | | | 889 | Y | N |
| AUI-EXCL00055 | DONNA D | PRUETT | | | 500 | Y | N |
| AUI-EXCL00056 | CLYDE | VERBEEK | | | 1000 | Y | N |
| AUI-EXCL00057 | REGINA M | MOORE | | | Not Included | Y | N |
| AUI-EXCL00058 | KAREN | VERBEEK | | | Not Included | Y | N |
| AUI-EXCL00059 | PAUL | PRUERR | | | 500 | Y | N |
| AUI-EXCL00060 | DREW G | WEINSTEIN | | | 181 | Y | N |
| AUI-EXCL00061 | PATRICIA | BLAKE | | | Not Included | Y | N |
| AUI-EXCL00062 | | DEUTSCHE INTL CUSTODIAL | SERVICES LTD AS TRUSTEE OF | dbX-RISK ARBITRAGE 7 FUND | TBD | Y | Y |
| AUI-EXCL00063 | GARY M | MOURAIN | CYNTHIA MOURAIN | | Not Included | Y | N |
| AUI-EXCL00064 | DIANE K | BENEFIELD | | | Not Included | Y | N |
| AUI-EXCL00065 | MILDRED R | DRESEL | | | Not Included | Y | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| AUI-EXCL00066 | GEORGE | ARNOLD JR | Not Included | Y | N |
| AUI-EXCL00067 | DELORES S | ARNOLD | Not Included | Y | N |
| AUI-EXCL00068 | PATRICIA H | WELLS | Not Included | Y | N |
| AUI-EXCL00069 | LINDA | PATERNOSTRO | Not Included | Y | N |
| AUI-EXCL00070 | BERNADETTE B | CARRERE | Not Included | Y | N |
| AUI-EXCL00071 | RONALD M | CARRERE SR | 300 | Y | N |
| AUI-EXCL00072 | RAYMOND L | BODENHEIMER | Not Included | Y | N |
| AUI-EXCL00073 | DEBORAH H | BODENHEIMER | Not Included | Y | N |
| AUI-EXCL00074 | NICHOLAS M | FRANOVICH II | 400 | Y | N |