USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
:
IN RE AMERICAN REALTY CAPITAL  : **ORDER**
PROPERTIES, INC. LITIGATION  :
: 15 Misc. 40 (AKH)
:
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On January 21, 2020, I held a fairness hearing in the above-captioned action. For the reasons discussed at the hearing, I have entered the Order and Final Judgment and Order Approving Plan of Allocation. To resolve remaining issues:

1. The hearing is continued to January 23, 2020 at 10:00 a.m. to resume discussion of attorneys' fees and expenses.

2. By January 27, 2020, Lead Counsel shall submit a proposed order regarding the periodic reports to be submitted to the Court by claims administrator Gilardi & Co. LLC.

SO ORDERED.

Dated:   New York, New York
         January 22, 2020

                                    _____
                                    ALVIN K. HELLERSTEIN
                                    United States District Judge