# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION | : : : | Civil Action No. 1:15-mc-00040-AKH <br><br> CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | : : : : : | |

DECLARATION OF MISHKA FERGUSON CONCERNING
STATUS OF CLAIMS ADMINISTRATION

I, MISHKA FERGUSON, declare as follows:

1. I am Vice President of Securities at Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California 94901. I make this declaration based on personal knowledge, and if called to testify I could and would do so competently.

2. Pursuant to the Court's January 29, 2020 Order Concerning Periodic Reports By Claims Administrator (Dkt. No. 1314), the Court directed Gilardi to submit to the Court, "upon the completion of the processing of claims," a first Report "describing how many claims were received and the aggregate amount of such claims." *Id*. at 1. I am providing this Declaration in compliance with that Order.

3. The total number of claims received as of November 4, 2020 is 60,951. As of that same date, the total calculated recognized loss under the Plan of Allocation approved by the Court for all claims received is $2,381,481,450.30.

4. Included in the claims reported above are approximately 400 claims representing approximately $350 million of the calculated recognized loss under the Plan of Allocation that appear to be filed by or on behalf of parties excluded from the Class pursuant to the Court's Order dated January 22, 2020. Gilardi and Lead Counsel are continuing to evaluate these claims.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 5th day of November, 2020, at San Rafael, California.

_____
MISHKA FERGUSON

- 1 -