UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION | : : : : | Civil Action No. 1:15-mc-00040-AKH <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | : : : : : | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL THE EXHIBITS TO THE DECLARATION OF MISHKA FERGUSON REGARDING THE CLAIM ADMINISTRATION PROCESS AND REMAINING DISPUTED CLAIMS

4853-2944-5617.v1

Upon consideration of Plaintiffs' Notice of Motion and Motion for Leave to File Under Seal the exhibits to the Declaration of Mishka Ferguson Regarding the Claim Administration Process and Remaining Disputed Claims, (the "Motion"), IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion is GRANTED.

2. The clerk is ordered to file the materials identified in the Motion under seal.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE ALVIN HELLERSTEIN
UNITED STATES DISTRICT JUDGE