UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION | : : : : : : : : | Civil Action No. 1:15-mc-00040-AKH<br><br>CLASS ACTION |
| This Document Relates To:<br><br>   ALL ACTIONS. |  |  |

[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL ADDITIONAL INFORMATION RECEIVED FROM CERTAIN DISPUTED CLAIMANTS SUPPLEMENTING EXHIBITS 1, 2, 5 AND 14 TO THE DECLARATION OF MISHKA FERGUSON REGARDING THE CLAIM ADMINISTRATION PROCESS AND REMAINING DISPUTED CLAIMS (ECF NO. 1340)

4823-2427-0579.v1

Upon consideration of Class Plaintiffs' Notice of Motion and Motion for Leave to File Under Seal Additional Information Received from Certain Disputed Claimants Supplementing Exhibits 1, 2, 5 and 14 to the Declaration of Mishka Ferguson Regarding the Claim Administration Process and Remaining Disputed Claims (ECF No. 1340) (the "Motion"), IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion is GRANTED.

2. The clerk is ordered to file the materials identified in the Motion under seal.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE ALVIN HELLERSTEIN
UNITED STATES DISTRICT JUDGE