UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re AMERICAN REALTY CAPITAL                                :
PROPERTIES, INC. LITIGATION,                                 :     **ORDER CLOSING CASES**
                                                             :
                                                             :     15 Mc. 40 (AKH)
                                                             :     CLASS ACTION
This Document Relates To:                                    :
                                                             :
ALL ACTIONS                                                  :
                                                             :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A conference will be held January 12, 2022, at 12:00 p.m., on the record, to discuss how to proceed with the open claims that the Settlement Neutral denied and the Claimants press. The Court is considering the appointment of counsel to represent the Claimants, with counsel's fee to be determined by the Court at the time the claims are resolved.

      The conference will be held telephonically via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

      Finally, no later than January 7, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:    January 4, 2022                           /s/ Alvin K. Hellerstein
             New York, New York               ALVIN K. HELLERSTEIN
                                                    United States District Judge