Denied as moot.

SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

/s/ Alvin K. Hellerstein
January 12, 2022

|  |  |  |
|---|---|---|
| In re AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION | : : : | Civil Action No. 1:15-mc-00040-AKH |
|  | : | <u>CLASS ACTION</u> |
| This Document Relates To: | : : |  |
| ALL ACTIONS. | : : |  |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL LETTER TO THE COURT CONCERNING NEWLY DISPUTED CLAIMS

4894-5432-9353.v1

Upon consideration of Plaintiffs' Notice of Motion and Motion for Leave to File Under Seal Letter to the Court Concerning Newly Disputed Claims (the "Motion"), IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion is GRANTED.

2. The clerk is ordered to file the materials identified in the Motion under seal.

IT IS SO ORDERED.

DATED:  _____    _____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

- 1 -