UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION | : : : | Civil Action No. 1:15-mc-00040-AKH  <br>CLASS ACTION |
| This Document Relates To:  <br>   ALL ACTIONS. | : : : : : | |

ORDER SETTING BRIEFING SCHEDULE
CONCERNING DISPUTED CLAIMS

4871-9520-5385.v1

WHEREAS, on January 12, 2022, the Court held a telephonic conference to discuss how to proceed with the open claims that the Settlement Neutral denied and the Claimants press (ECF No. 1350);

WHEREAS, at the January 12, 2022 conference, the Court made certain orders concerning the sharing of Claimants' information with Claimants' counsel; and

WHEREAS, the Court additionally set forth a briefing schedule for the parties to submit their positions on the disputed claims.

IT IS ORDERED that:

1. The following briefing schedule shall apply to the presentation of the parties' positions on the disputed claims:

    (a) Claimants' Opening Brief is due February 25, 2022;

    (b) the Claim Administrator's Responding Brief is due March 18, 2022; and

    (c) Claimants' Reply Brief is due March 25, 2022.

2. Counsel for Class Plaintiffs and the Claims Administrator will provide to counsel for Claimants copies of the supporting information for each disputed claim filed under seal with the Clerk of the Court on July 9, 2021 (ECF Nos. 1340, 1345), except for those documents concerning a confidential settlement agreement concerning Claimant Thomas Roberts.

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: __January 18, 2022__          /s/ Alvin K. Hellerstein
                                                          THE HONORABLE ALVIN K. HELLERSTEIN
                                                          UNITED STATES DISTRICT JUDGE