UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re AMERICAN REALTY CAPITAL PROPERTIES, INC LITIGATION

Civil Action No. 1:15-mc-00040-AKH

ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION

Upon the oral motion of **Kevin E. O'Malley**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the State of Arizona; and that his/her contact information is as follows

Applicant's Name:  **Kevin E. O'Malley**

Firm Name:  **Gallagher & Kennedy, P.A**.

Address:  **2575 E. Camelback Road, Suite 1100, Phoenix, Arizona  85016**

Telephone/Fax:  **602-530-8430 / 602-530-8500**

Applicant having requested admission Pro Hac Vice and having been appointed to appear for all purposes as counsel for: **Tom Roberts, Todd Weiss, Gavin Brandon, Mark Selman, Loren Selman, the Selman Revocable Trust, Christopher Day, Brian McGlynn, Ryan Rahaeuser, Dawn Impellizzeri, Steven Shore, Alfred Rivera, Derek Wilson, James Siegel, Sean Morris and Mark Anderson** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel has paid his Pro Hac Vice fee to the Clerk of Court.

Dated:  January 21, 2022
         New York, New York

           _____/s/ Alvin K. Hellerstein_____
           ALVIN K. HELLERSTEIN
           United States District Judge