Motion denied.  The Movant fails to show how it would be prejudiced by a public filing.

SO ORDERED.

/s/ Alvin K. Hellerstein
February 8, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re American Realty Capital Properties, Inc. Litigation*

1:15-mc-00040-AKH

[PROPOSED] ORDER GRANTING CLAIMANT PARROT POINT'S MOTION FOR LEAVE TO FILE UNDER SEAL SUPPLEMENTAL INFORMATION AND OPPOSITION TO PROPOSED ORDER AND SUPPORTING DECLARATION

Upon consideration of Claimant Parrot Point Limited's Notice of Motion and Motion for Leave to File Under Seal Supplemental Information and Opposition to Proposed Order And Supporting Declaration (the "Motion"),

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The clerk is ordered to file the materials identified in the Motion under seal.

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

1