UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                                :

                                                                :     **ORDER**

IN RE AMERICAN REALTY CAPITAL        :     15 MC. 40 (AKH)
PROPERTIES, INC. LITIGATION            :     CLASS ACTION

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       This Order addresses the recent motions by Class Counsel, the neutral, and Claimant Parrot Point Limited ("Claimant") regarding Claimant's outstanding claims in the above-captioned settlement. Although Claimant submitted, and the neutral initially approved, the claims at issue, Class Counsel and the neutral have requested additional documentation to verify the legitimacy of the claims, in light of the relative size of the claim, the location of the Claimant, and circumstances under which Claimant purports to have acquired its shares. Claimant objects to providing such documentation, complaining that it is being asked to do more than other claimants were asked to do.

       The neutral provided an adequate basis for extending his inquiry into the makeup of Claimant's claims. Therefore, Claimant's objection is overruled.

       Claimant shall provide the information and documentation requested by March 1, 2022. Failure to do so fully and responsively may result in denial of its claims, partially or totally.

       SO ORDERED.

Dated:     February 10, 2022             /s/ Alvin K. Hellerstein
            New York, New York          ALVIN K. HELLERSTEIN
                                                       United States District Judge