UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
                                                             :     **ORDER**
                                                             :
IN RE AMERICAN REALTY CAPITAL                                :     15 MC. 40 (AKH)
PROPERTIES, INC. LITIGATION                                  :     CLASS ACTION
                                                             :
                                                             :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

  Having denied a subsequent motion to file supplemental information under seal (ECF No. 1388), the Clerk of Court shall terminate the related open motions (ECF Nos. 1371, 1384).

  SO ORDERED.

Dated:   March 9, 2022
     New York, New York      _/s/ Alvin K. Hellerstein_
                  ALVIN K. HELLERSTEIN
                  United States District Judge